## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 1:09CR00016 |
| | ) | |
| v. | ) | **OPINION AND ORDER** |
| | ) | |
| **EMMETT QUATTLEBAUM,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

*Jennifer R. Bockhorst, Assistant United States Attorney, Abingdon, Virginia, for United States; Nancy Dickenson-Vicars, Assistant Federal Public Defender, Abingdon, Virginia, for Defendant.*

The defendant has filed a motion to reduce sentence pursuant to the First Step Act of 2018, Pub. L. No. 115-391, § 404, 132 Stat. 5194, 5220 (2018) ("2018 FSA" or "Act"), which made retroactive certain provisions of the Fair Sentencing Act of 2010, Pub. L. No. 111-220, § 2, 124 Stat. 2372, 2372 (2010) ("2010 FSA").

The defendant has served his sentence of imprisonment and is currently serving a term of supervised release of 10 years. The defendant seeks a reduction of his term of supervision to six years. The United States agrees that he is entitled to relief but asserts that any reduction should be no greater than to a term of eight years of supervised release, citing 21 U.S.C. § 841(b)(1)(B), which provides for a term of supervision of eight years to life. I agree with the government's reasoning.

Accordingly, it is **ORDERED** that Defendant's Motion to Reduce Term of Supervised Release Pursuant to the First Step Act of 2018, ECF No. 139, is GRANTED IN PART. It is further **ORDERED** that defendant Emmett Quattlebaum's term of supervised release is reduced to eight years. No further change is made to his sentence.

The Clerk shall provide a copy of this Order to the Probation Office of this Court.

ENTER: October 28, 2019

/s/ *JAMES P. JONES*
United States District Judge